LUCIENNE WINSER, Appellant, v. THOMAS G. TROMBLEY, Respondent.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.